

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00114-CV

**CITY OF CIBOLO, TEXAS**,
Appellant

v.

Darryl A. **ZUNKER** and Lana Zunker,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-2413-CV-E
Honorable Heather H. Wright, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: September 24, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating all matters in dispute in the underlying case have been resolved, and asking this court to dismiss with prejudice all claims against appellees. *See* Tex. R. App. P. 42.1(a)(1). The motion contains a certificate of service to appellees, who have not filed a response contending dismissal would prevent them from seeking relief to which they would otherwise be entitled. *See id*; *id.* R. 10.3(a); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per

curiam). We therefore grant the motion and dismiss with prejudice all of appellant's claims in this case against appellees. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).


PER CURIAM